## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPADIVISION

**CARLOS CRUZ,**

      **Plaintiff,**

**v.**                                                          **CASE NO:  8:16-cv-02770-EAK-TBM**

**BLUE ROCK PARTNERS, LLC**

      **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, CARLOS CRUZ, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, BLUE ROCK PARTNERS, LLC, has been settled.

Dated this 23rd day of December, 2017.

Respectfully submitted,

_____
Luis A. Cabassa
Florida Bar No. 0053643
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue
Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 379-2565
Facsimile No.: 813-229-8712
Email: lcabassa@wfclaw.com
Email:twells@wfclaw.com
**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 23rd day of December, 2017, the foregoing

was electronically filed with the Clerk of the Court via the CM/ECF system, which will

send a notice of electronic filing to:

Lisa M. Castellano, Esquire
Law Offices of Lisa M. Castellano2101 W. Platt Street
Tampa, FL 33606-1781
Email: lmctampa@gmail.com

_____
Luis A. Cabassa