**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CARLOS CRUZ,**

    **Plaintiff,**

**v.**                    **CASE NO.: 8:16-cv-02770-EAK-TBM**

**BLUE ROCK PARTNERS, LLC**

    **Defendant.**

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS CRUZ, and Defendant, BLUE ROCK PARTNERS, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 19th day of February, 2018.

| | |
|---|---|
| Law Offices of Lisa M. Castellano | WENZEL FENTON CABASSA, P.A. |
| 2101 W. Platt Street | 1110 North Florida Avenue |
| Tampa, FL 33606-1781 | Suite 300 |
| Telephone: (813) 773-3222 | Tampa, Florida 33602 |
| Facsimile: (813) 805-6603 | Telephone: 813-224-0431 |
| | Facsimile: 813-229-8712 |
| BY: */s/Lisa M. Castellano* | BY: */s/Luis A. Cabassa* |
|     Lisa M. Castellano |     Luis A. Cabassa |
|     Florida Bar Number: 748447 |     Florida Bar Number: 0053643 |
|     E-mail: lmctampa@gmail.com |     E-mail: lcabassa@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |